UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Christopher Zonufeld

220 Hill Lane

Larksville PA

(Enter above the full name of
plaintiff in this action)

v.

Kingston twp police

Kingston twp Manager

Kathleen J Sebastian

Solicitor, All Supervisors

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 3:22 CV 237

(to be supplied by Clerk
of the District Court)

MJ Saporito

## COMPLAINT

1. The plaintiff __Christopher Zonufeld__ a citizen of the County of __Luzerne__ State of Pennsylvania, residing at __220 Hill Lane__ wishes to file a complaint under __Malice Defamation Libel__

(give Title No. etc.)

2. The defendant is __Kingston twp police twp Manager Kathleen Sebastian__

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) __See Attached__

3. (CONTINUED) _Malice Violation of Rights See_
_Attached Copies Saying I threatened them_
_please Read Letter Attached from King she tup_
_punitive Damages or what else judge finds_
_In Case_



4. WHEREFORE, plaintiff prays that _A large Settlement in_
_Excess of 5 Million for Damages_

(Signature of Plaintiff)

In The Court of ~~District~~
OF ~~Middle District~~, Pennsylvania
Middle District
Civil Action

Christopher Zonerfeld
220 Hill LANE
Larksville PA 18651

Plaintiff

NO

Kingston twp Borough
Kingston twp Police
Solicitor
All Supervisors
Borough Manager
Kathleen J Sebastian
180 East Center St
Shavertown PA 18708

Defendant

Notice

You have Been Sued in Court. IF you wish to defend Against the Claims Set forth In the following Pages, you Must take Action within twenty (20) Days after this complaint And Notice Are Served, By Entering a written Appearance personally or By An Attorney And filing in writing with the Said Court your Defense or objections to the Claims Set forth Against you you Are warned if you fail to do so the Case May Proceed without you And A Judgement may be entered against you By the Court without Further Notice for any Money claimed in the Complaint or for any other Claim or Relief Requested by the Plaintiff, you may lose Money or Property or other Rights Important to you.

You should Take this paper to your Lawyer

Dated 2-17-22

By Christph ~~[signature]~~

In the Court of ~~District Court~~

of ~~District Courts~~ Middle District ; Pennsylvania

Civil Action

Christopher Zomerfeld

220 Hill LANE

Larksville PA 18651     Plaintiff           NO

Kingston twp Borough ✓

Kingston twp police ✓

Solictor                Defendant

All Supervisors

Borough Manager

Kathleen J Sebastian

180 East Center st

Shavertown PA 18708          Civil Complaint

And Now Comes Plaintiff Christopher Zomerfeld By And

through Self Representation Address 220 Hill LANE Larksville PA

Count 1

Malice

IN The Court of ~~Middle District Court~~
Pennsylvania

PROTHONOTARY
Civil Cover Sheet

Party Information

Plantiff
Christopher Zanefeld
220 Hill Lane
Larksville PA 18657

Defendan't
Kingston twp Borough
Kngst twp police
Solictor
All Supervisors Borough
Manager Kathleen J Sebastian
180 East Center St
Shavertau PA 18708

Filing Attorney / Filing Party Information

Signature ___Christoph Zanfeld_____

In the Court of Middle District
of ~~Luzerne County~~, Pennsylvania
Civil Action

Christopher Zonefeld
220 HILL LANE
Larksville PA 18651

Plaintiff

NO

✓

Kingston twp Borough
Kingston twp Police Dept
Solicitor
All Supervisors
Borough Manager
Kathleen J Sebastian
180 East Center St PA
Shavertown PA 18708

Defendant

Civil Complaint

And Now Comes Plaintiff <u>Christopher Zonerfeld</u> By And
through Self Representation Address <u>220 HILL LANE Larksville PA</u>

Count 1
Defamation / Fraud / Perjury / Libel / Slander

1 AND Now comes plaintiff Christopher Zonerfeld by And through Self Representation And Complains Against Above listed Defendants

2 Defendants Kingston twp Borough And officials Mentioned Some Not Mentioned Borough Manager Kathleen J Sebastian

3 ON OR About year 2021-2022 I Reported A Rape Case to Kingston twp police

4 About 1 year passed or less maybe More I Attended A Kingston twp Meeting to Ask About the Case

5 spoke with all Supervisors And Police Chief Borough Manager time of Meeting

6 In the Time I Attended Meeting I was told case closed And Borough Manager Kathleen would provide Me with Borough Rules Regulations And Kathleen's Email

7 I Attended Meeting the Following week were I was Asked to leave Meeting By 4 Police officers for No Reason Violation of My Rights

8 I then Called Borough office to Ask when Next Meeting was I was then Met with My Email that I wrote

9 Stating I threatened A Police Seargeant And All of the Kingston twp Via Email

10 I never Had A Sergeant's Email

11 Perjury

12 I Never threatned Anybody / show proff please see Exhibits

13 They Know the family of Wanon Who Raped ME

14 Libel written Lies Defamation slander

15 intention to Cause Harm to ME

16 Violation of My Constitunal Rights

17 Malicious Prosecution

18 Negligent Intent

19 Section 1983

20 5th Foorteenth Amendments

21 1st Amendment Violation of My Rights

22 Asking And Seeking For Insurance liability

23 Intent to Defraud ME Christopher Zonertell

24 Im seeking for Maximum Damages 1 Million dollars Each person Each Supervisor Each Police officer Solicitor And Borough Manager Kathleen

25 Asking All to Be Fired Indefinite

26 Punitive Damages

27 Please File Charges For lying on Written Documents Stating I threatned them via Gmails Each Member of Kingston twp Involved

28 Sergeant, Police chief Michael, Michael P, Michael Huntzinger Fire Each ONE they are the threat to public And the twp, Along with Kathleen

Administrative Office Hours
Monday thru Friday 8:30am - 4:30pm



# KINGSTON TOWNSHIP
## Gateway to the Back Mountain

180 East Center Street • Shavertown, PA 18708-1514 • Ph: 570-696-3809 • Fax: 570-696-3411

January 26, 2022

Christopher Zomerfeld
220 Hill Lane
Larksville, PA 18651

Mr. Zomerfeld:

As you know from your attendance at recent meetings of the Kingston Township Board of Supervisors and subsequent correspondence, I am the Kingston Township Manager. I am writing in response to your January 14, 2022 email to my colleague, Sergeant Martin C. Maransky of the Kingston Township Police Department.

In your email to Sergeant Maransky, you state the following: *"Don't worry hunny you can be politically correct your grave and colleagues is the same size as mine when ever that time comes !! And your kids* 😕 *"*

Your threat to Sergeant Maransky, his Kingston Township colleagues, and their children, is considered the beginning of an illegal course of conduct.

Your threat against children is particularly contemptible and despicable.

As a result of your threat, you are henceforth banned absolutely from the Kingston Township Municipal Building located at 180 East Center Street, Shavertown, PA 18708; the Kingston Township Public Works Facility located at 225 East Center Street, Shavertown, PA 18708, the Kingston Township Center Street Park located between 175 and 225 East Center Street, Shavertown, PA 18708 and their premises (including the lawns, driveways and parking lots), until July 31, 2022. Beginning immediately and continuing until July 31, 2022, you have no right, either expressed or implied, to be in the Kingston Township Municipal Building, Kingston Township Public Works Facility, Kingston Township Center Street Park or any part of their premises (including the lawns, driveways and parking lots). Your appearance alone on the stated premises will be interpreted as a hostile action in furtherance of your threats and will be responded to as such.

If during the absolute ban you attempt to enter the Municipal Building, Public Works Facility, Center Street Park or any part of their premises (including the lawns, driveways and parking lots), Kingston Township will pursue all remedies under the law, including criminal prosecution.

From August 1, 2022; until February 1, 2023, you are banned absolutely from the Kingston Township Municipal Building, Kingston Township Public Works Facility, Center Street Park and their premises unless you strictly comply with the following requirements:

2

1.  You must provide at least 15 days advance written notice to the Kingston Township Police Department of your intent to enter the Kingston Township Municipal Building, Kingston Township Public Works Facility, Center Street Park or their premises.  Your written notice must state the specific date and time you intend to enter the Municipal Building, Public Works Facility, Center Street Park, or their premises. You must transmit your notice by email or regular mail, but in either event your notice must be actually received and approved by the Police Department at least fifteen (15) days prior to the specific date and time you intend to enter the premises.

2.  You shall first report to the Kingston Township Police Department and enter the Municipal Building only through the Department's main public entrance.  The main public entrance to the Police Department is located on the lower level of the Municipal Building closest to East Center Street.

3.  At all times during your visit to the Kingston Township Municipal Building, Public Works Facility, Center Street Park and their premises, you must be accompanied and escorted by a Kingston Township Police Officer.

4.  You must leave the Kingston Township Municipal Building, Public Works facility, Center Street Park and their premises promptly when requested to do so by me or your police escort.

Beginning August 1, 2022, and continuing until February 1, 2023, you have no right to express or imply, to be in the Kingston Township Municipal Building, Public Works Facility, Center Street Park, or any part of their premises (including the lawns, driveways, and parking lots) unless you strictly comply with the foregoing requirements.  If you attempt to enter the Municipal Building, Public Works Facility, Center Street Park or any part of their premises without strictly complying with the foregoing requirements, Kingston Township will pursue all remedies under the law, including criminal prosecution and your appearance alone will be interpreted as a hostile action in furtherance of your threats and will be responded to as such.

The purpose of this ban is to ensure the safety of Sergeant Maransky, his colleagues, and their children while leaving open ample alternative channels for communication.

FOR KINGSTON TOWNSHIP

Kathleen J. Sebastian
Township Manager

Cc:     Township File
        Police Department
        Public Works Dept.
        Solicitor
        All Supervisors

Sent:   Via Email chriszomerfeld@icloud.com 1/26/2022
        Certified Return Receipt 7016 0910 0001 7797 1729
        USPS Proof of mailing and delivery

Date 2-14-22

Respectfully Submitted

By _Chtyth Juffd_

Verification

I _Christopher Zmerfell_ verify that the Statements Set forth In the foregoing Civil Complaint Are True And Correct to the Best of My Knowledge..